**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-2184

_____

LUKE ALLEN, State Bureau of Investigation,

Plaintiff - Appellant,

versus

GERALD SEWYER, Detective, Moore County Police
Department; ELAINE TURBAVILLE, SBI Agent,
North Carolina State Bureau of Investigation;
TIM THOMPSON, Deputy Sheriff, Richmond County
Sheriff's Department; LINDA JAYNE STOWERS,
Court Appointed Counsel; JOHN KEANE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. James A. Beaty, Jr., Chief
District Judge. (1:06-cv-00396-JAB)

_____

Submitted: March 29, 2007          Decided: April 2, 2007

_____

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Luke Allen, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luke Allen appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that Allen's action is barred by the three-year statute of limitations applicable to prisoner civil rights claims arising in North Carolina. See N.C. Gen. Stat. § 1-52(5) (LexisNexis 2005); Brooks v. City of Winston-Salem, 85 F.3d 178, 181 (4th Cir. 1996). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED